# Court of Appeals
# of the State of Georgia

ATLANTA, <u>September 27, 2023</u>

*The Court of Appeals hereby passes the following order:*

**A24A0318. LONNIE COTHRAN v. MICHELLE PELLUM.**

Lonnie Cothran and Michelle Pellum divorced in 2007, and their divorce decree incorporated a settlement agreement. In 2022, Cothran filed a claim for contempt and for an accounting, alleging that Pellum violated the settlement agreement based on her failure to properly share proceeds from the sale of real property that had been marital property. The trial court issued an order denying Cothran's claims on the basis that he had no interest in the property, and he filed this direct appeal. We lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). In this regard, "[w]here the underlying subject matter, i.e., the issues sought to be appealed, clearly arises from or is ancillary to divorce proceedings, or is derived from a marital relationship and divorce, the appeal is within the ambit of [OCGA § 5-6-35 (a) (2)]." *Russo v. Manning*, 252 Ga. 155, 155 (312 SE2d 319) (1984). And where, as here, a party makes a claim against his former spouse based on rights that were established in a settlement agreement and incorporated into a divorce decree, "the case involves domestic relations and compliance with OCGA § 5-6-35 is the exclusive means by which to appeal." See *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005); see also *Duffy v. Sanders*, 354 Ga. App. 684, 684-686 (841 SE2d 415) (2020).

Thus, Cothran's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __09/27/2023__

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*